In the Matter of STEVE BONILLA, Petitioner, v JAMES MANCE, Superintendent, Marcy Correctional Facility, Respondent. [869 NYS2d 815]

Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.